NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

12-366

STATE OF LOUISIANA

VERSUS

J.M.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 14357-04
HONORABLE WILFORD D. CARTER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

JAMES T. GENOVESE
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Billy H. Ezell, and James T. Genovese, Judges.

**APPEAL DISMISSED.**

Hon. John Foster DeRosier
District Attorney - 14th JDC
P.O. Box 3206
Lake Charles, LA 70602-3206
(337) 437-3400
COUNSEL FOR APPELLEE:
    State of Louisiana

Paula Corley Marx
Louisiana Appellate Project
P.O. Box 80006
Lafayette, LA 70598-0006
(337) 991-9757
COUNSEL FOR APPELLANT:
    J.M.

**Genovese, Judge.**

On March 17, 2008, the charges against the Defendant in the Fourteenth Judicial District Court docket number 14357-04 were dismissed and later combined, in part, with those in another docket number, 6531-08. On June 9, 2009, the Defendant pled guilty to amended charges in the latter docket number and was sentenced thereon on September 9, 2009.

On November 28, 2011, the trial court granted the Defendant's request for an out-of-time appeal. However, the appeal was erroneously granted as to both the valid docket number and that which was dismissed.

On March 30, 2012, this court issued a rule to show cause why the appeal in docket number 14357-04 should not be dismissed, as the charges in that docket number were dismissed. The Defendant responded to this court's rule, agreeing that there is no basis for appeal of the charges which were dismissed by the State.

Accordingly, we hereby dismiss the Defendant's appeal in the Fourteenth Judicial District Court in docket number 14357-04.

**APPEAL DISMISSED.**